JOHN NELSON, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendant in Error.*— Judgment and conviction

reversed and proceedings remitted to the Court of Sessions of Chautauqua county. *Held*, that the court erred in overruling the objection taken by defendant's counsel to the question, "What was said as to notes or credit?" there being no allegation in the indictment that the property was bought on credit.